## PEARSON v. NATIONWIDE MUTUAL INS. CO.

No. 310P88.

Case below: 90 N.C. App. 295.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## PELICAN WATCH v. U.S. FIRE INS. CO.

No. 263PA88.

Case below: 90 N.C. App. 140.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988; review limited to the issue of the propriety of dismissal of plaintiffs' appeal. Petition by defendant (U.S. Fire Ins. Co.) for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988; review limited to the issue of propriety of dismissal of defendant's appeal.

## PHIPPS v. PALEY

No. 281P88.

Case below: 90 N.C. App. 170.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

## SILVERS v. HORACE MANN INS. CO.

No. 261PA88.

Case below: 90 N.C. App. 1.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.

## SKY CITY STORES v. UNITED OVERTON CORP.

No. 264P88.

Case below: 90 N.C. App. 124.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.